IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCIS ORAN,                          :
   Plaintiff,                          :
                                        :
   v.                                   :          **CIVIL ACTION NO. 26-CV-1243**
                                        :
AMY ZANELLI, *et al.*,                  :
   Defendants.                         :

## ORDER

AND NOW, this 11th day of May, 2026, upon consideration of Plaintiff Francis Oran's Motions to Proceed *In Forma Pauperis* (ECF Nos. 1, 6), Supplemental Brief in Support of Relief (ECF No. 12), and Second Amended Complaint (ECF No. 14), it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    Oran's claims against Defendant Amy Zanelli are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons in the Court's Memorandum.

3.    The bond claim against Defendant Travelers Insurance is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction, and without leave to amend.

4.    Oran's claim for injunctive relief is **DISMISSED WITHOUT PREJUDICE** to him seeking *habeas* relief if appropriate.

5.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
_____
**JOHN M. GALLAGHER, J.**